UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 98-10649-RGS |
| ) | |
| v. ) | |
| ) | |
| RON E. MERCER, MICHAEL IRVIN, ) | |
| CHAUNCEY BILLUPS, and ) | |
| ANTOINE WALKER, ) | |
| ) | |
| Defendants ) | |

**JOINT MOTION OF DEFENDANTS
MERCER AND BILLUPS TO ADOPT AND JOIN
IN THE OPPOSITION OF DEFENDANT ANTOINE WALKER
TO THE BOSTON HERALD'S MOTION TO UNSEAL RECORDS**

Defendants Ron E. Mercer ("Mercer") and Chauncey Billups ("Billups") hereby oppose the Boston Herald's Motion to Unseal Records.

Mercer and Billups request leave to adopt and join in the Opposition of Defendant Antoine Walker to the Boston Herald's Motion to Unseal Records. As grounds, Mercer and Billups state that Walker's Opposition is sufficiently thorough and comprehensive so that the resources of Mercer, Billups, and the Court would be best conserved by Mercer and Billups adopting Walker's Opposition without filing a separate motion of their own. Further, counsel for defendant Antoine Walker does not object to this Motion to Adopt and Join in Walker's Opposition.

WHEREFORE, the Joint Motion of Defendants Mercer and Billups to Adopt and Join in the Opposition of Defendant Antoine Walker to the Boston Herald's Motion to Unseal Records should be allowed.

    Respectfully submitted,

    Defendants
    RON E. MERCER and
    CHAUNCEY BILLUPS
    By their Attorneys,

Dated: January 20, 2000

    Dennis J. Kelly BBO # 266340
    Paul R. Mastrocola BBO # 630664
    Burns & Levinson LLP
    125 Summer Street
    Boston, MA 02110
    (617) 345-3000

00380664/20591.0

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 1/20/2000

2